UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LEBANON SUITES, LLC<br><br>PLAINTIFF,<br><br>VS.<br><br>CENTRAL MUTUAL INSURANCE COMPANT and LUCAS GIBSON<br><br>DEFENDANTS | *Electronically Filed*<br>**CASE NO. 3:24-cv-511-RGJ** |

## NOTICE OF REMOVAL

Come the Defendants, Central Mutual Insurance Company ("Central Insurance") and Lucas Gibson, by counsel, for their Notice of Removal from the Marion Circuit Court to this Court pursuant to 28 U.S.C. § 1332, 1441, and 1446, hereby file this Notice of Removal. As ground for removal of this action, Defendants respectfully state as follows:

1. On August 30, 2024, the Plaintiff, Lebanon Suites, LLC, commenced this civil action against Defendants in the Marion Circuit Court, designated therein as Civil Action No. 24-CI-00162. True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as **Exhibit 1**.

2. The Complaint purports to assert a cause of action against Central Insurance for breach of contract and bad faith.

3. The Complaint purports to assert a cause of action against Lucas Gibson for bad faith.

4. Defendants received notice of the lawsuit on August 30, 2024 and again on September 6, 2024.

5. Service of the summons and complaint has not been perfected upon the Defendants.

6. The Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants and more than $75,000.00, exclusive of interest and cost, is at stake.

7. Plaintiff is a limited liability company whose principal place of business is Kentucky, and upon information and belief its two members, are now, were at the commencement of this action, and have been at all relevant times, citizens and residents of the State of Kentucky.

8. Defendant Central Insurance is now, was at the commencement of this action, and has been at all relevant times, a corporation incorporated by and organized and existing under the laws of the State of Ohio. Central Insurance's principal place of business is in the State of Ohio. Central Insurance is deemed a resident of the State of Ohio for purposes of jurisdiction under the provisions of 28 U.S.C. § 1332(c)(1).

9. Defendant Lucas Gibson is a natural person, who is now, was at the commencement of this action, and has been at all relevant times, a citizen and resident of the State of Ohio.

10. There is complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

11. This is an action over which the District Courts of the United States has jurisdiction pursuant to 28 U.S.C. § 1332, therefore the action is removable to this District Court pursuant to 28 U.S.C. § 1441(a).

12. This District and Division constitute the appropriate forum to which this action should be removed. The Circuit Court is within the Louisville Division. *See* LR 3.1(b)(1).

13. Venue is vested in this Court pursuant to 28 U.S.C. § 1391 since this is a civil action where jurisdiction is founded on diversity of citizenship and the events complained of occurred in the Western District of Kentucky.

14. Pursuant to 28 U.S.C. § 1446(b)(1), removal must be filed within thirty days after receipt of the initial pleadings setting forth the claim for relief.

15. The Notice tendered herewith is being filed on September 10, 2024, within thirty days of Defendants receiving a courtesy copy of Plaintiff's Complaint on August 30, 2024, thus making removal timely.

16. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants join and consent to the removal of the action.

17. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal will be promptly given to the adverse parties, and a copy of this Notice of Removal will be filed with the Marion Circuit Clerk. A copy of the notice to the Marion Circuit Clerk is attached hereto as **Exhibit 2**.

18. Accordingly, this action is hereby removed from the Marion Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

**WHEREFORE**, Defendants, Central Mutual Insurance Company and Lucas Gibson, request the removal of this action from the Marion Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

/s/ Gary W. Thompson
Gary W. Thompson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:	(859) 219-9090
Facsimile:	(859) 219-9292
Email:	Gary@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS,
CENTRAL MUTUAL INSURANCE COMPANY
AND LUCAS GIBSON

## CERTIFICATE OF SERVICE

On September 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

J. Bart Denham
Denham Law Firm
250 W. Main St., Suite 120
Lexington, KY 40507
bart@denham.law
*Counsel for Plaintiff, Lebanon Suites, LLC*

/s/ Gary W. Thompson
COUNSEL FOR DEFENDANTS, CENTRAL MUTUAL INSURANCE COMPANY AND LUCAS GIBSON

7410.008392C:\NRPortbl\Golden_and_Walters\LAWSONJ\2550146_1.DOCX