UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LEBANON SUITES, LLC )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>CENTRAL MUTUAL INSURANCE )<br>COMPANT and LUCAS GIBSON )<br>)<br>DEFENDANTS ) | *Electronically Filed*<br>**CASE NO. 3:24-cv-00511-RGJ** |

### DEFENDANT'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO BIFURCATE/STAY DISCOVERY

Comes the Defendant, Central Mutual Insurance Company ("Central Insurance"), by counsel, and for its Motion to Dismiss, Motion for Summary Judgment, and/or Motion to Bifurcate/Stay Discovery Motion hereby files the attached Memorandum of Law.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC


/s/ Gary W. Thompson
Gary W. Thompson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:    (859) 219-9090
Facsimile:    (859) 219-9292
Email:        Gary@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS,
CENTRAL MUTUAL INSURANCE COMPANY
and LUCAS GIBSON

2

## CERTIFICATE OF SERVICE

On October 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gary W. Thompson
COUNSEL FOR DEFENDANTS,
CENTRAL MUTUAL INSURANCE COMPANY
AND LUCAS GIBSON

7410.008392C:\NRPortbl\Golden_and_Walters\LAWSONJ\2570932_1.DOCX