UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LEBANON SUITES, LLC <br><br> PLAINTIFF, <br><br> VS. <br><br> CENTRAL MUTUAL INSURANCE COMPANY and LUCAS GIBSON, <br><br> DEFENDANTS | *Electronically Filed* <br> **CASE NO. 3:24-cv-00511-RGJ** |

**ORDER GRANTING MOTION TO WITHDRAW**

The Motion to Withdraw filed by Gary W. Thompson, counsel for Defendant, Central Mutual Insurance Company, having come before the Court, indicating that Zachary Epperson and Sarah Laytham shall remain as counsel for the Defendant, and the Court hereby acknowledging the same and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED.

SO ORDERED this the _____November 19, 2024_____ 2024.

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court